**CGFD30** (10/01/16)



**ORDERED in the Southern District of Florida on September 29, 2023**

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 20–17980–LMI**
**Chapter: 11**

**In re:** Debtor(s) name(s) and address(es) (for names include married, maiden and trade used by the debtor(s) in the last 8 years)

Sugar Factory Lincoln Road, LLC
507 Espanola Way
Miami Beach, FL 33139

EIN: 47–1692015

## FINAL DECREE

A Final Report and Motion for Entry of Final Decree having been filed on behalf of the debtor, this chapter 11 case is closed. If applicable, all future payments under the plan of reorganization shall be disbursed in accordance with the plan.

# # #

The clerk shall serve a copy of this Final Decree on the Debtor, Attorney for Debtor, and the U.S. Trustee